Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Itasca Images, LLC, a Minnesota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>123RF LLC, a California limited liability company; Inmagine Lab Pte. Ltd., a Singapore limited company; Inmagine Corporation LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR**:<br><br>1. COPYRIGHT INFRINGEMENT<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br>3. VIOLATION OF THE DMCA: 17 U.S. Code § 1202<br><br><u>JURY TRIAL DEMANDED</u> |

Plaintiff, Itasca Images, LLC, by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

1

**JURISDICTION AND VENUE**

2       1.      This action arises under the Copyright Act of 1976, Title 17 U.S.C., §

3    101 *et seq*.

4       2.      This Court has federal question jurisdiction under 28 U.S.C. § 1331 and

5    1338 (a) and (b).

6       3.      Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

7    1400(a) in that this is the judicial district in which a substantial part of the acts and

8    omissions giving rise to the claims occurred.

9

**PARTIES**

10      4.      Plaintiff, Itasca Images, LLC ("Itasca"), is a Minnesota limited liability

11   company.

12      5.      Itasca is informed and believes and thereon alleges that Defendant 123RF

13   LLC ("123RF") is a California limited liability company is a Delaware limited

14   liability company and is doing business in the State of California.

15      6.      Itasca is informed and believes and thereon alleges that Defendant

16   Inmagine Lab Pte. Ltd. ("Inmagine") is a Singapore limited company and is doing

17   business in and with the State of California.

18      7.      Itasca is informed and believes and thereon alleges that Defendant

19   Inmagine Corporation LLC ("IC") is a Delaware limited liability company doing

20   business in and with the State of California.

21      8.      Defendants DOES 1 through 10, inclusive, are other parties not yet

22   identified who have infringed Itasca's copyrights, have contributed to the

23   infringement of Itasca's copyrights, or have engaged in one or more of the wrongful

24   practices alleged herein. The true names, whether corporate, individual or otherwise,

25   of Defendants 1 through 10, inclusive, are presently unknown to Itasca, who therefore

26   sues said Defendants by such fictitious names, and will seek leave to amend this

27   Complaint to show their true names and capacities when same have been ascertained.

28

9.     Itasca is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Itasca's rights and the damages to Itasca proximately caused thereby.

## INTRODUCTION AND STATEMENT OF FACTS

10.     Itasca is a well-regarded photography studio specializing in fine art, landscape, editorial and photojournalism, and product photography.

11.     Photographer Tony Webster ("Webster") is the managing member of Itasca and has captured and created a series of original photographs depicting nature and landscapes ("Subject Photographs"). Tony Webster has assigned all rights and interest in and to the Subject Photographs to Itasca.

12.     Webster and Itasca complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et. Seq.*, and have registered the Subject Photographs with the United States Copyright Office at the Registration Numbers depicted in **Exhibit A** attached hereto.

13.     Prior to the acts complained of herein, Itasca and/or Webster publicly displayed and disseminated the Subject Photographs

14.     Itasca is informed and believes and thereon alleges that Defendants accessed the Subject Photographs online through, without limitation,  websites operated by Itasca or Webster, and the pages and services offered therein, as well as through third parties.

15.     Defendants, and each of them, without Itasca's consent, have willfully copied, reproduced, displayed, licensed, and distributed the Subject Photographs for commercial benefit by, without limitation, copying, posting, offering for distribution and sale, and distributing the Subject Photographs to others including resellers (the "Infringing Uses") including at websites owned and operated by Defendants. The Subject Photographs, Defendants' unauthorized uses, and the corresponding URLs are depicted with identifying information in **Exhibit A** attached hereto.

16.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, had access to copyright management information attributing creation and/or ownership of the Subject Photographs and all rights therein to Webster and/or Itasca.

17.     Defendants, and each of them, reproduced, disseminated, and displayed the Subject Photographs without proper attribution, copyright management, and ownership information and/or with false or misleading attribution, copyright management, and ownership information attributing Subject Photographs to 123RF, Inmagine, IC, or others.

18.     Itasca at no point authorized Defendants, or any of them, to use the Subject Photographs as complained of herein. Defendants at no point contacted Itasca to request a license or any form of authorization for the use of the Subject Photographs.

19.     Itasca sent letters to Defendants in September 2020, January 2021, and January 2022 notifying Defendants of their infringements and demanding Defendants cease and desist in their infringing activity and remove the works at issue from the relevant platform(s). Defendants failed to meaningfully or timely comply.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against all Defendants, and Each)

20.     Itasca repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

21.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, infringed Itasca's copyrights by copying, displaying, licensing, and distributing the Subject Photographs without Itasca's authorization or consent, including, without limitation, as depicted in **Exhibit A** attached hereto.

22.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, infringed Itasca's rights by creating unlawful derivative works from the Subject Photographs and publishing same to the public.

23.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, infringed Itasca's copyrights by creating infringing derivative works from the Subject Photography and by publishing and displaying the infringing material to the public, including without limitation, through its website or elsewhere.

24.     Itasca is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photographs, including, without limitation, through viewing the Subject Photographs on Itasca's or Webster's websites, publications, profiles, exhibitions and/or through other authorized channels, over the internet, including without limitation as accessed via a search engine, or through third party sources.

25.     Itasca is further informed and believes and thereon alleges that certain Defendants have an ongoing business relationship with one or more of the other Defendants, and that those defendants transacted in order to traffic in the Infringing Uses.

26.     Due to Defendants', and each of their, acts of infringement, Itasca has suffered general and special damages in an amount to be established at trial at trial.

27.    Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Itasca's rights in the Subject Photographs. As such, Itasca is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of his rights in the Subject Photographs in an amount to be established at trial.

28.    Itasca is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)

29.    Itasca repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

30.    Itasca is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided, and abetted in and profited from the illegal reproduction and distribution of the Subject Photographs as alleged hereinabove. Such conduct included, without limitation, publishing copies obtained from third parties that Defendant(s) knew, or should have known, were not authorized to be published by Defendant(s); publishing the Infringing Use on affiliate, third-party, and social media sites; and distributing the Infringing Use to third parties for further publication.

31.   Itasca is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct. Specifically, each Defendant had the ability to oversee the development, publication, and distribution of the infringing imagery at issue. And, Defendants, and each of them, realized profits through their respective obtainment, marketing, and distribution of the Infringing Uses.

32.   By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Itasca has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

33.   Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Itasca's rights in the Subject Photographs. As such, Itasca is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photographs, in an amount to be established at trial.

34.   Itasca is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement, in addition to claims for costs and attorneys' fees.

35.   Itasca repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint

36.   Itasca repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

37.   Itasca is informed and believes and thereon alleges that Defendants, and each of them, removed Itasca's or Webster's copyright management information, as described above, from the Subject Photographs, and/or added false copyright management information to the Subject Photographs, attributing them to another owner and/or source, before distributing and publishing same to the public.

38.   Itasca is informed and believes and thereon alleges that Defendants, and each of them, distributed the Subject Photographs via websites bearing the URL(s) depicted in **Exhibit A** attached hereto, under its own name and/or the names of others, and removing Itasca's or Webster's attribution information, including without limitation their name, information set forth on a notice of copyright, and metadata.

39.   The aforementioned facts constitute "copyright management information" as that phrase is defined in 17 U.S.C. §1202(a) and is false.

40.   The above violations, which were willful, subjects Defendants, and each of them, to entry of judgment reflecting Itasca's actual damages and any additional profits of the violator, statutory damages, and attorneys' fees under 17 USC § 1203.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

### Against all Defendants, and Each:

Wherefore, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

  a. That Defendants, their affiliates, agents, and employees be enjoined from infringing Itasca's copyright in and to the Subject Photographs.

  b. That Itasca be awarded all profits of Defendants, and each, plus all losses of Itasca, plus any other monetary advantage gained by the

Defendants through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages to the extent they are available under the Copyright Act, 17 U.S.C. § 505, 1203.

   c. That Itasca be awarded its costs and attorneys' fees to the extent they are available under the Copyright Act U.S.C. § 505, 1203;

   d. That a trust be entered over the Infringing Uses, and all profits realized through said infringement;

   e. That Itasca be awarded pre-judgment interest as allowed by law;

   f. That Itasca be awarded the costs of this action; and,

   g. That Itasca be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: February 7, 2022            By: _____

Scott Alan Burroughs, Esq.
Frank Trechsel, Esq.
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
*Attorney for Plaintiff*

EXHIBIT A

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|-------|------|----------|---------------------|------------------------|-------------------------|----------|-------------|-------------|--------------|
| 1 | 191A0018 | Split Rock Lighthouse Winter Sunset | VA 2-142-502 |  |  |  | 116876058 | https://www.123rf.com/photo_116876058_the-sun-sets-behind-the-snow-covered-shoreline-at-split-rock-lighthouse-on-minnesota-s-north-shore-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020035 2/116876058-the-sun-sets-behind-the-snow-covered-shoreline-at-split-rock-lighthouse-on-minnesota-s-north-shore-.jpg | https://www.stocklib.com/media-116876058/the-sun-sets-behind-the-snow-covered-shoreline-at-split-rock-lighthouse-on-minnesotas-north-shore.html |
| 2 | 184F0127 | Maple Island Sunset on the Kettle River | VA 2-133-848 |  |  |  | 116875965 | https://www.123rf.com/photo_116875965_the-kettle-river-winds-through-st-croix-state-park-as-seen-from-the-maple-island-landing-on-a-winter.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020031 5/116875965-the-kettle-river-winds-through-st-croix-state-park-as-seen-from-the-maple-island-landing-on-a-winter.jpg | https://www.stocklib.com/media-116875965/the-kettle-river-winds-through-st-croix-state-park-as-seen-from-the-maple-island-landing-on-a-winter-afternoon-sunset.html |
| 3 | 191A0064 | Ellingsen Island on Minnesota's North Shore | VA 2-142-502 |  |  |  | 116875318 | https://www.123rf.com/photo_116875318_split-rock-lighthouse-state-park-ellingsen-island-also-spelled-ellingson-island-is-pictured-at-the-e.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020010 7/116875318-split-rock-lighthouse-state-park-ellingsen-island-also-spelled-ellingson-island-is-pictured-at-the-e.jpg | https://www.stocklib.com/media-116875318/split-rock-lighthouse-state-park-ellingsen-island-also-spelled-ellingson-island-is-pictured-at-the-edge-of-little-two-harbors-on-lake-superior-during-a-winter-sunrise-on-minnesotas-north-shore.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 184E0074 | Fall Colors in the Aspen Mountains, Colorado | VA 2-133-850 |  |  |  | 116872633 | https://www.123rf.com/photo_116872633_bright-yellow-orange-and-green-trees-shine-below-purple-mountains-along-maroon-creek-road-near-the-i.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020045/116872633-bright-yellow-orange-and-green-trees-shine-below-purple-mountains-along-maroon-creek-road-near-the-i.jpg | https://www.stocklib.com/media-116872633/bright-yellow-orange-and-green-trees-shine-below-purple-mountains-along-maroon-creek-road-near-the-iconic-maroon-bells-at-sunrise-near-aspen-colorado-in-autumn.html |
| 5 | 184E0109 | Savanna Portage - Winter in Minnesota | VA 2-133-850 |  |  |  | 116876008 | https://www.123rf.com/photo_116876008_the-savanna-portage-boardwalk-on-a-snowing-afternoon-near-balsam-township-minnesota-in-savanna-porta.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020330/116876008-the-savanna-portage-boardwalk-on-a-snowing-afternoon-near-balsam-township-minnesota-in-savanna-porta.jpg | https://www.stocklib.com/media-116876008/the-savanna-portage-boardwalk-on-a-snowing-afternoon-near-balsam-township-minnesota-in-savanna-portage-state-park-in-winter.html |
| 6 | 191A0059 | Pigeon River Border in Winter, Minnesota | VA 2-142-502 |  |  |  | 116875933 | https://www.123rf.com/photo_116875933_snow-covers-the-landscape-along-pigeon-river-between-minnesota-and-ontario-at-grand-portage-state-pa.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020291/116875933-snow-covers-the-landscape-along-pigeon-river-between-minnesota-and-ontario-at-grand-portage-state-pa.jpg | https://www.stocklib.com/media-116875933/snow-covers-the-landscape-along-pigeon-river-between-minnesota-and-ontario-at-grand-portage-state-park-in-winter.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 184E0122 | Lake Nichols Road at the Sax-Zim Bog, Minnesota | VA 2-133-850 |  |  |  | 116875777 | https://www.123rf.com/photo_116875777_lake-nichols-road-winds-through-the-sax-zim-bog-after-sunset-near-payne-minnesota-on-a-winter-evenin.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200263/116875777-lake-nichols-road-winds-through-the-sax-zim-bog-after-sunset-near-payne-minnesota-on-a-winter-evenin.jpg | https://www.stocklib.com/media-116875777/lake-nichols-road-winds-through-the-sax-zim-bog-after-sunset-near-payne-minnesota-on-a-winter-evening.html |
| 8 | 184E0121 | Meadowlands Winter Farm Sunset | VA 2-133-850 |  |  | | sellphoto1190200351 | | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200351/image.jpg | |
| 9 | 191C0041 | Hovland Dock - Minnesota's North Shore in Winter | VA 2-147-626 |  |  |  | 116876032 | https://www.123rf.com/photo_116876032_the-hovland-dock-icy-and-crumbling-on-chicago-bay-of-lake-superior-in-hovland-on-minnesota-s-north-s.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200336/116876032-the-hovland-dock-icy-and-crumbling-on-chicago-bay-of-lake-superior-in-hovland-on-minnesota-s-north-s.jpg | https://www.stocklib.com/media-116876032/the-hovland-dock-icy-and-crumbling-on-chicago-bay-of-lake-superior-in-hovland-on-minnesotas-north-shore-in-winter.html |
| 10 | 184E0132 | Winter Wonderland at Jay Cooke State Park, Minnesota | VA 2-133-850 |  |  |  | 116875928 | https://www.123rf.com/photo_116875928_snow-blankets-the-st-louis-river-at-jay-cooke-state-park-minnesota-in-winter-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200287/116875928-snow-blankets-the-st-louis-river-at-jay-cooke-state-park-minnesota-in-winter-.jpg | https://www.stocklib.com/media-116875928/snow-blankets-the-st-louis-river-at-jay-cooke-state-park-minnesota-in-winter.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 184F0092 | Fall Colors at Lewis & Clark State Park, Iowa | VA 2-133-848 |  |  |  | 116875482 | https://www.123rf.com/photo_116875482_early-autumn-colors-at-lewis-and-clark-state-park-near-onawa-iowa-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020159/116875482-early-autumn-colors-at-lewis-and-clark-state-park-near-onawa-iowa-.jpg | https://www.stocklib.com/media-116875482/early-autumn-colors-at-lewis-and-clark-state-park-near-onawa-iowa.html |
| 12 | 184D0427 | Autumn Vibes - Minnesota | VA 2-129-807 |  |  |  | 116875917 | https://www.123rf.com/photo_116875917_leaves-on-the-ground-in-late-autumn-at-wild-river-state-park-minnesota-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020277/116875917-leaves-on-the-ground-in-late-autumn-at-wild-river-state-park-minnesota-.jpg | https://www.stocklib.com/media-116875917/leaves-on-the-ground-in-late-autumn-at-wild-river-state-park-minnesota.html |
| 13 | 184D0430 | Autumn Crinkled Leaves, Minnesota | VA 2-129-807 |  |  |  | 116875308 | https://www.123rf.com/photo_116875308_crinkled-leaves-hang-from-a-tree-in-late-autumn-at-wild-river-state-park-minnesota-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020099/116875308-crinkled-leaves-hang-from-a-tree-in-late-autumn-at-wild-river-state-park-minnesota-.jpg | https://www.stocklib.com/media-116875308/crinkled-leaves-hang-from-a-tree-in-late-autumn-at-wild-river-state-park-minnesota.html |
| 14 | 191B0047 | Shovel Point in Winter - Tettegouche State Park | VA 2-143-906 |  |  |  | 116876004 | https://www.123rf.com/photo_116876004_the-rugged-shores-of-lake-superior-from-shovel-point-at-tettegouche-state-park-minnesota-in-winter-i.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020327/116876004-the-rugged-shores-of-lake-superior-from-shovel-point-at-tettegouche-state-park-minnesota-in-winter-i.jpg | https://www.stocklib.com/media-116876004/the-rugged-shores-of-lake-superior-from-shovel-point-at-tettegouche-state-park-minnesota-in-winter-in-the-distance-palisade-head.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 184E0063 | Crex Meadows Dirt Road - Wisconsin | VA 2-133-850 |  |  |  | 116876033 | https://www.123rf.com/photo_116876033_the-intersection-of-crex-ridge-road-and-refuge-road-at-crex-meadows-state-wildlife-area-near-grantsb.html | https://images.assetsdelivery.com/compings_v2/sellphoto1/sellphoto11902/sellphoto1190200337.jpg | https://www.stocklib.com/media-116876033/the-intersection-of-crex-ridge-road-and-refuge-road-at-crex-meadows-state-wildlife-area-near-grantsburg-wisconsin-in-autumn.html |
| 16 | 184E0108 | Gunflint Lodge Frozen Lake Fire Pit | VA 2-133-850 |  |  |  | 116872804 | https://www.123rf.com/photo_116872804_chairs-surround-a-firepit-on-frozen-gunflint-lake-at-the-gunflint-lodge-along-northern-minnesota-s-g.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200060/116872804-chairs-surround-a-firepit-on-frozen-gunflint-lake-at-the-gunflint-lodge-along-northern-minnesota-s-g.jpg | https://www.stocklib.com/media-116872804/chairs-surround-a-firepit-on-frozen-gunflint-lake-at-the-gunflint-lodge-along-northern-minnesotas-gunflint-trail-in-the-superior-national-forest-in-winter.html |
| 17 | 184E0088 | Foggy Winter Morning on the Saint Croix River | VA 2-133-850 |  |  |  | 116876062 | https://www.123rf.com/photo_116876062_a-foggy-morning-on-the-st-croix-river-as-seen-from-the-campground-landing-at-st-croix-state-park-min.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200355/116876062-a-foggy-morning-on-the-st-croix-river-as-seen-from-the-campground-landing-at-st-croix-state-park-min.jpg | https://www.stocklib.com/media-116876062/a-foggy-morning-on-the-st-croix-river-as-seen-from-the-campground-landing-at-st-croix-state-park-minnesota-in-winter.html |
| 18 | 191C0037 | Ice Houses on Lax Lake, Minnesota | VA 2-147-626 |  |  |  | 116875619 | https://www.123rf.com/photo_116875619_ice-fishing-houses-and-an-ice-road-on-frozen-lax-lake-near-silver-bay-minnesota-in-winter-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200201/116875619-ice-fishing-houses-and-an-ice-road-on-frozen-lax-lake-near-silver-bay-minnesota-in-winter-.jpg | https://www.stocklib.com/media-116875619/ice-fishing-houses-and-an-ice-road-on-frozen-lax-lake-near-silver-bay-minnesota-in-winter.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 191A0001 | Sax-Zim Bog in Winter, Minnesota | VA 2-142-502 |  |  |  | 116875936 | https://www.123rf.com/photo_116875936_st-louis-county-road-28-on-a-winter-afternoon-in-the-sax-zim-bog-in-northern-minnesota-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200293/116875936-st-louis-county-road-28-on-a-winter-afternoon-in-the-sax-zim-bog-in-northern-minnesota-.jpg | https://www.stocklib.com/media-116875936/st-louis-county-road-28-on-a-winter-afternoon-in-the-sax-zim-bog-in-northern-minnesota.html |
| 20 | 184E0047 | Blue Lake and Lewis and Clark State Park - Onawa, Iowa | VA 2-133-850 |  |  |  | 116872704 | https://www.123rf.com/photo_116872704_blue-lake-near-onawa-iowa-and-lewis-and-clark-state-park-.html | https://us.123rf.com/450wm/sellphoto1/sellphoto11902/sellphoto1190200057/116872704-blue-lake-near-onawa-iowa-and-lewis-and-clark-state-park-.jpg?ver=6 | https://www.stocklib.com/media-116872704/blue-lake-near-onawa-iowa-and-lewis-and-clark-state-park.html |
| 21 | 184E0087 | Saint Croix River Sunrise in Winter | VA 2-133-850 |  |  |  | 116876059 | https://www.123rf.com/photo_116876059_a-bright-sunrise-on-a-winter-morning-at-st-croix-state-park-minnesota-this-photo-is-from-the-campgro.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200353/116876059-a-bright-sunrise-on-a-winter-morning-at-st-croix-state-park-minnesota-this-photo-is-from-the-campgro.jpg | https://www.stocklib.com/media-116876059/a-bright-sunrise-on-a-winter-morning-at-st-croix-state-park-minnesota-this-photo-is-from-the-campground-river-landing-on-the-st-croix-river.html |
| 22 | 184E0073 | Autumn in Colorado - Yellow Trees at Sunrise | VA 2-133-850 |  |  |  | 116876083 | https://www.123rf.com/photo_116876083_yellow-trees-along-maroon-creek-road-near-aspen-colorado-in-fall-.html | https://images.assetsdelivery.com/compings_v2/sellphoto1/sellphoto11902/sellphoto1190200373.jpg | https://www.stocklib.com/media-116876083/yellow-trees-along-maroon-creek-road-near-aspen-colorado-in-fall.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|-------|------|----------|---------------------|----------------------|------------------------|----------|-------------|-------------|--------------|
| 23 | 184D0410 | Frozen Saint Croix River, Minnesota in Winter | VA 2-129-807 |  |  |  | 116875502 | https://www.123rf.com/photo_116875502_frozen-saint-croix-river-minnesota-in-winter.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119200176/116875502-frozen-saint-croix-river-minnesota-in-winter.jpg | https://www.stocklib.com/media-116875502/frozen-saint-croix-river-minnesota-in-winter.html |
| 24 | 191A0060 | Grand Portage State Park - High Falls in Winter | VA 2-142-502 |  |  |  | 116876000 | https://www.123rf.com/photo_116876000_the-pigeon-river-high-falls-waterfall-at-grand-portage-state-park-minnesota-is-partially-frozen-in-w.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119200325/116876000-the-pigeon-river-high-falls-waterfall-at-grand-portage-state-park-minnesota-is-partially-frozen-in-w.jpg | https://www.stocklib.com/media-116876000/the-pigeon-river-high-falls-waterfall-at-grand-portage-state-park-minnesota-is-partially-frozen-in-winter-ontario-canada-is-in-the-distance.html |
| 25 | 184E0100 | Coon Lake - Frederic, Wisconsin | VA 2-133-850 |  |  |  | 116875755 | https://www.123rf.com/photo_116875755_open-water-between-ice-patches-on-coon-lake-in-frederic-wisconsin-in-winter-.html | https://images.assetsdelivery.com/compings_v2/sellphoto1/sellphoto11902/sellphoto1190200252.jpg | https://www.stocklib.com/media-116875755/open-water-between-ice-patches-on-coon-lake-in-frederic-wisconsin-in-winter.html |
| 26 | 184F0120 | Minnesota in Winter: Frozen Pond at St. Croix State Park | VA 2-133-848 |  |  |  | 116872252 | https://www.123rf.com/photo_116872252_a-frozen-over-pond-at-saint-croix-state-park-minnesota-in-winter-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119200031/116872252-a-frozen-over-pond-at-saint-croix-state-park-minnesota-in-winter-.jpg | https://www.stocklib.com/media-116872252/a-frozen-over-pond-at-saint-croix-state-park-minnesota-in-winter.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 184F0139 | Jay Cooke State Park, Minnesota in Winter - Saint Louis River | VA 2-133-848 |  |  |  | 116876051 | https://www.123rf.com/photo_116876051_the-st-louis-river-winds-through-jay-cooke-state-park-on-a-winter-morning-as-seen-from-the-iconic-sw.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020035 0/116876051-the-st-louis-river-winds-through-jay-cooke-state-park-on-a-winter-morning-as-seen-from-the-iconic-sw.jpg | https://www.stocklib.com/media-116876051/the-st-louis-river-winds-through-jay-cooke-state-park-on-a-winter-morning-as-seen-from-the-iconic-swinging-bridge.html |
| 28 | 184F0174 | Wind-Swept Barn in the Sax-Zim Bog | VA 2-133-848 |  |  |  | 120445102 | https://www.123rf.com/photo_120445102_a-barn-has-been-knocked-over-and-covered-with-snow.html | https://us.123rf.com/450wm/sellphoto1/sellphoto11902/sellphoto1190200027/1204 45102-a-barn-has-been-knocked-over-and-covered-with-snow.jpg?ver=6 | https://www.stocklib.com/media-120445102/a-barn-has-been-knocked-over-and-covered-with-snow.html |
| 29 | 191A0017 | North Shore at Tettegouche State Park - Minnesota in Winter | VA 2-142-502 |  |  |  | 116876010 | https://www.123rf.com/photo_116876010_the-shores-of-tettegouche-state-park-on-minnesotas-north-shore-of-lake-superior-in-winter-in-the-di.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020033 2/116876010-the-shores-of-tettegouche-state-park-on-minnesotas-north-shore-of-lake-superior-in-winter-in-the-di.jpg | https://www.stocklib.com/media-116876010/the-shores-of-tettegouche-state-park-on-minnesotas-north-shore-of-lake-superior-in-winter-in-the-distance-shovel-point.html |
| 30 | 184D0409 | Icy Saint Croix River, Minnesota in WInter | VA 2-129-807 |  |  |  | 116876087 | https://www.123rf.com/photo_116876087_icy-saint-croix-river-minnesota-in-winter.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020037 5/116876087-icy-saint-croix-river-minnesota-in-winter.jpg | https://www.stocklib.com/media-116876087/icy-saint-croix-river-minnesota-in-winter.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 184E0019 | Little Yellow Banks Landing on the Saint Croix River | VA 2-133-850 |  |  |  | 116876081 | https://www.123rf.com/photo_116876081_a-foggy-winter-morning-on-the-partially-frozen-st-croix-river-at-st-croix-state-park-minnesota-s-lit.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020037 1/116876081-a-foggy-winter-morning-on-the-partially-frozen-st-croix-river-at-st-croix-state-park-minnesota-s-lit.jpg | https://www.stocklib.com/media-116876081/a-foggy-winter-morning-on-the-partially-frozen-st-croix-river-at-st-croix-state-park-minnesota-little-yellow-banks-landing.html |
| 32 | 184E0048 | Trees Along the Road - Lewis and Clark State Park, Iowa | VA 2-133-850 |  |  | | sellphoto119 0200032 | | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020003 2/image.jpg | |
| 33 | 191B0035 | Pacific Ocean Coast at Salt Point State Park, California | VA 2-143-906 |  |  |  | 116875969 | https://www.123rf.com/photo_116875969_the-pacific-ocean-coast-at-salt-point-state-park-northern-california-usa.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020031 7/116875969-the-pacific-ocean-coast-at-salt-point-state-park-northern-california-usa.jpg | https://www.stocklib.com/media-116875969/the-pacific-ocean-coast-at-salt-point-state-park-northern-california-usa.html |
| 34 | 184F0198 | Sappi Paper Mill - Cloquet, Minnesota | VA 2-133-848 |  |  |  | 116876006 | https://www.123rf.com/photo_116876006_the-sappi-global-cloquet-mill-which-produces-and-manufactures-paper-products-the-mill-is-located-alo.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020032 8/116876006-the-sappi-global-cloquet-mill-which-produces-and-manufactures-paper-products-the-mill-is-located-alo.jpg | https://www.stocklib.com/media-116876006/the-sappi-global-cloquet-mill-which-produces-and-manufactures-paper-products-the-mill-is-located-along-the-st-louis-river-in-cloquet-minnesota.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|-------|------|----------|---------------------|------------------------|-------------------------|----------|-------------|-------------|--------------|
| 35 | 184D0437 | Wild River State Park Road in Autumn | VA 2-129-807 |  |  |  | 116875789 | https://www.123rf.com/photo_116875789_late-autumn-at-wild-river-state-park-minnesota-in-autumn-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020269/116875789-late-autumn-at-wild-river-state-park-minnesota-in-autumn-.jpg | https://www.stocklib.com/media-116875789/late-autumn-at-wild-river-state-park-minnesota-in-autumn.html |
| 36 | 184F0110 | Nelsons Landing on the Saint Croix River - Wisconsin / Minnesota | VA 2-133-848 |  |  |  | 116875739 | https://www.123rf.com/photo_116875739_nelsons-landing-on-the-frozen-st-croix-river-wisconsin-this-photo-looks-north-toward-an-island-and-s.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020238/116875739-nelsons-landing-on-the-frozen-st-croix-river-wisconsin-this-photo-looks-north-toward-an-island-and-s.jpg | https://www.stocklib.com/media-116875739/nelsons-landing-on-the-frozen-st-croix-river-wisconsin-this-photo-looks-north-toward-an-island-and-st-croix-state-park-minnesota-is-across-the-river.html |
| 37 | 184F0208 | St. Louis River at Chambers Grove Park, Duluth, Minnesota | VA 2-133-848 |  |  |  | 116876028 | https://www.123rf.com/photo_116876028_the-frozen-and-snow-covered-st-louis-river-winds-through-chambers-grove-park-in-duluth-minnesota-on-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020335/116876028-the-frozen-and-snow-covered-st-louis-river-winds-through-chambers-grove-park-in-duluth-minnesota-on-.jpg | https://www.stocklib.com/media-116876028/the-frozen-and-snow-covered-st-louis-river-winds-through-chambers-grove-park-in-duluth-minnesota-on-a-cold-winter-day.html |
| 38 | 184F0130 | Winter Afternoon at St. Croix State Park, Minnesota | VA 2-133-848 |  |  |  | 116875937 | https://www.123rf.com/photo_116875937_sun-shines-through-the-trees-along-a-snow-covered-dirt-road-at-saint-croix-state-park-minnesota-on-a.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020295/116875937-sun-shines-through-the-trees-along-a-snow-covered-dirt-road-at-saint-croix-state-park-minnesota-on-a.jpg | https://www.stocklib.com/media-116875937/sun-shines-through-the-trees-along-a-snow-covered-dirt-road-at-saint-croix-state-park-minnesota-on-a-winter-afternoon.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 191A0046 | Gulf Coast Sand Beach - Gulfport, Mississippi | VA 2-142-502 |  |  | | sellphoto1190200028 | | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200028/image.jpg | |
| 40 | 191A0007 | USG Interiors Plant in Cloquet, Minnesota | VA 2-142-502 |  |  | | sellphoto1190200357 | | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200357/image.jpg | |
| 41 | 184F0028 | Saint Croix River at Little Yellow Banks Landing, Minnesota | VA 2-133-848 |  |  |  | 116875964 | https://www.123rf.com/photo_116875964_saint-croix-river-at-little-yellow-banks-landing-minnesota.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200314/116875964-saint-croix-river-at-little-yellow-banks-landing-minnesota.jpg | https://www.stocklib.com/media-116875964/saint-croix-river-at-little-yellow-banks-landing-minnesota.html |
| 42 | 191B0038 | Upper Falls on the Brule River, Judge CR Magney State Park | VA 2-143-906 |  |  |  | 116876063 | https://www.123rf.com/photo_116876063_the-upper-falls-waterfall-on-the-brule-river-at-judge-c-r-magney-state-park-minnesota-usa.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200356/116876063-the-upper-falls-waterfall-on-the-brule-river-at-judge-c-r-magney-state-park-minnesota-usa.jpg | https://www.stocklib.com/media-116876063/the-upper-falls-waterfall-on-the-brule-river-at-judge-cr-magney-state-park-minnesota-usa.html |
| 43 | 184F0133 | Kettle River Highbanks Trail, Minnesota | VA 2-133-848 |  |  |  | 116875963 | https://www.123rf.com/photo_116875963_the-kettle-river-winds-through-saint-croix-state-park-minnesota-in-winter-as-seen-during-a-sunset-on.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200313/116875963-the-kettle-river-winds-through-saint-croix-state-park-minnesota-in-winter-as-seen-during-a-sunset-on.jpg | https://www.stocklib.com/media-116875963/the-kettle-river-winds-through-saint-croix-state-park-minnesota-in-winter-as-seen-during-a-sunset-on-the-kettle-river-highbanks-trail.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 184F0100 | Trailer on Frozen Yellow Lake, Wisconsin | VA 2-133-848 |  |  | | sellphoto1190200034 | | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200034/image.jpg | |
| 45 | 184F0186 | Wild River State Park, Minnesota | VA 2-133-848 |  |  |  | 116875785 | https://www.123rf.com/late-autumn-along-the-st-croix-river-at-wild-river-state-park-minnesota.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200267/116875785-late-autumn-along-the-st-croix-river-at-wild-river-state-park-minnesota.jpg | https://www.stocklib.com/media-116875785/late-autumn-along-the-st-croix-river-at-wild-river-state-park-minnesota.html |
| 46 | 191C0063 | Snowman at Tettegouche State Park, Minnesota | VA 2-147-626 |  |  |  | 116872254 | https://www.123rf.com/photo_116872254_a-snowman-at-the-tettegouche-state-park-campground-in-winter-minnesota-s-north-shore-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200033/116872254-a-snowman-at-the-tettegouche-state-park-campground-in-winter-minnesota-s-north-shore-.jpg | https://www.stocklib.com/media-116872254/a-snowman-at-the-tettegouche-state-park-campground-in-winter-minnesotas-north-shore.html |
| 47 | 184D0453 | Plant - Macro Photo - Autumn at Wild River State Park | VA 2-129-807 |  |  |  | 116875306 | https://www.123rf.com/photo_116875306_frost-covered-plants-in-the-amador-prairie-at-wild-river-state-park-minnesota-in-late-autumn-.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto1190200096/116875306-frost-covered-plants-in-the-amador-prairie-at-wild-river-state-park-minnesota-in-late-autumn-.jpg | https://www.stocklib.com/media-116875306/frost-covered-plants-in-the-amador-prairie-at-wild-river-state-park-minnesota-in-late-autumn.html |

| # | Photo | Work | Reg. No. | Original Photograph | As displayed by 123RF | As distributed by 123RF | 123RF ID | 123RF URL 1 | 123RF URL 2 | Stocklib URL |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 191A0015 | Snowy North Shore at Gooseberry Falls State Park, Minnesota | VA 2-142-502 |  |  |  | 116876009 | https://www.123rf.com/photo_116876009_the-shores-of-lake-superior-as-seen-from-gooseberry-falls-state-park-minnesota-on-a-winter-afternoon.html | https://previews.123rf.com/images/sellphoto1/sellphoto11902/sellphoto119020033 1/116876009-the-shores-of-lake-superior-as-seen-from-gooseberry-falls-state-park-minnesota-on-a-winter-afternoon.jpg | https://www.stocklib.com/media-116876009/the-shores-of-lake-superior-as-seen-from-gooseberry-falls-state-park-minnesota-on-a-winter-afternoon.html |